STATE of Missouri, Respondent,

v.

Leroy FORTUNE, Appellant.

No. WD33949.

Missouri Court of Appeals,
Western District.

July 5, 1983.

Daniel L. Radke, St. Joseph, for appellant.

John Ashcroft, Atty. Gen., Rosalynn Van Heest, Asst. Atty. Gen., Jefferson City, for respondent.

Before WASSERSTROM, P.J., and KENNEDY and NUGENT, JJ.

PER CURIAM:

This case is a companion to *State v. Greer*, 655 S.W.2d 593, decided by another division of this court on May 24, 1983. The same circumstances gave rise to both prosecutions. For the same reason that *Greer* was reversed, so also the judgment here must be reversed.

Appellant's conviction is reversed and he is ordered discharged.